```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/16/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
LUC BURBON, ON BEHALF OF HERSELF  :
AND ALL OTHERS SIMILARLY SITUATED, :
                                   :
         Plaintiff,                :   18-CV-4592 (VEC)
                                   :
         -against-                 :   ORDER
                                   :
FLUSHING BANK,                     :
                                   :
         Defendants.               :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS by letter dated July 9, 2018, the parties reported to the Court that they have reached a settlement of this matter;

WHEREAS on July 11, 2018, the Court entered an Order directing that this action be dismissed without costs on **August 10, 2018** unless before that date one or more of the parties filed a letter with the Court requesting that the action not be dismissed or stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement; and

WHEREAS no party filed a letter with the Court requesting that this action not be dismissed;

IT IS HEREBY ORDERED that this action shall be dismissed.  The Clerk of Court is respectfully requested to terminate any open motions and close the case.

**SO ORDERED.**

**Date:  August 16, 2018**                              _____
**       New York, NY**                                 **VALERIE CAPRONI**
                                                        **United States District Judge**